# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALIKA CRIPE,**

    **Plaintiff,**

**v.**                                                                                          Case No:  6:18-cv-304-Orl-22DCI

**ARPSIM, INC, VEERA BROS, INC,**
**NISHA VEERA and PARAG VEERA,**

    **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 16) filed on May 9, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 6, 2018 (Doc. No. 18), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice is hereby GRANTED in part. The Court finds the settlement to be a fair and reasonable compromise of a bona fide FLSA dispute.

3. This case is DISMISSED WITH PREJUDICE.

4. The Court declines to reserve jurisdiction to enforce the Settlement Agreement.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record